Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff William Chapman*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| William Chapman, | Case No.: 2:23-cv-01225-APG-EJY |
|---|---|
| Plaintiff, | **Stipulation of dismissal of Nelson & Kennard with prejudice** |
| v. | |
| Nelson & Kennard, | |
| Defendant. | |

  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, William Chapman ("Plaintiff") and Nelson & Kennard ("Defendant") stipulate to dismiss Plaintiff's claims against Defendant with prejudice.

///
///
///

STIPULATION                                       - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 2, 2024.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff William Chapman*

**NELSON & KENNARD**

/s/ Michael Mascarello
Michael Mascarello, Esq.
5011 Dudley Boulevard, Building 250, Bay G
McClellan, California null
*Counsel for Nelson & Kennard*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: May 3, 2024

STIPULATION  - 2 -